IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
Case No.:

JORGE PORTER,

    Plaintiff,

v.

COLLECTO, INC. d/b/a EOS CCA,

    Defendant.
_____/
_____

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT
IN AND FOR MIAMI-DADE COUNTY, FLORIDA
Case No.: 2014-07300-CA-01

JORGE PORTER,

    Plaintiff,

v.

COLLECTO, INC. d/b/a EOS CCA,

    Defendant.
_____/

## NOTICE OF REMOVAL

TO THE CLERK OF THE COURT:

    Kindly file the attached Petition of Defendant, COLLECTO, INC. ("Defendant"), for removal to the United States District Court for the Southern District of Florida of record in the above above-captioned matter.

    Pursuant to 28 U.S.C. 1446(d), "the State court shall proceed no further unless and until the case is remanded."

Respectfully submitted by:

 /s/ Dale T. Golden
DALE T. GOLDEN, ESQ.
Florida Bar No.: 0094080
 /s/ Benjamin W. Raslavich
BENJAMIN W. RASLAVICH, ESQ.
Florida Bar No.: 0102808
**GOLDEN SCAZ GAGAIN, PLLC**
201 North Armenia Avenue
Tampa, Florida 33609-2303
Phone: (813) 251-5500
Fax: (813) 251-3675
dgolden@gsgfirm.com
braslavich@gsgfirm.com
Counsel for Defendant

## CERTIFICATE OF SERVICE

I HERE BY CERTIFY that a true and correct copy of the foregoing has been furnished via U.S. Mail and E-Mail to Leo Bueno, P.O. Box 141679, Coral Gables, Florida 33114, leo@buenolaw.com on this 9th day of April, 2014.

 /s/ Benjamin W. Raslavich
BENJAMIN W. RASLAVICH, ESQ.
Florida Bar No.: 0102808