UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO.: 1:14-cv-21270-FAM

JORGE PORTER,
    Plaintiff,
vs.
COLLECTO, INC., d/b/a EOS CCA,
    Defendant.
_____/

## JOINT MOTION TO CONTINUE PRETRIAL DEADLINE
## (TO COMPLETE DISCOVERY)

**Relief Requested**

Plaintiff Jorge Porter ("Porter") and Defendant Collecto Inc. ("Collecto") jointly ask this Honorable Court to extend by fourteen (14) days, up to and including July 16, 2014, the discovery deadline.

**Basis For Relief**

1. In its *Scheduling Order Setting Trial* [DE 5], this Honorable Court set the deadline to complete all discovery on July 2, 2014. The order also directs the parties to explicitly petition the Court should they need to extend any of the specified deadlines. [DE 5, ¶ 5]. This is the parties' first petition according to the order.

2. Porter wishes to take Collecto's deposition according to Federal Rule of Civil Procedure 30(b)(6). Porter has served Collecto with notice of the taking of the deposition.

3. Porter needs to take Collecto's deposition to prepare his motion for class certification and to address the merits of Collecto's defenses.

4. Collecto counsel's case load and prior scheduling commitments make it difficult for him to schedule the deposition within the discovery period.

5. Counsel for both parties think it best that the deadline be extended to accommodate Collecto's counsel.

THEREFORE, the parties jointly ask the Court to extend the discovery deadline.

Respectfully submitted on 20 June 2014 by

| | |
|---|---|
| /s/ Dale T. Golden | /s/ Leo Bueno |
| Dale T. Golden | Leo Bueno |
| Florida Bar No.: 0094080 | Fla. Bar #: 716261 |
| Benjamin W. Raslavich | LEO BUENO, ATTORNEY, P.A. |
| Benjamin W. Raslavich | P.O. Box 141679 |
| Florida Bar No.: 0102808 | Coral Gables, FL  33114-1679 |
| GOLDEN SCAZ GAGAIN, PLLC | 305-669-5260; 305-328-9301 [fax] |
| 201 North Armenia Avenue | Leo@BuenoLaw.com |
| Tampa, Florida 33609-2303 | Attorney for Plaintiff |
| Phone: (813) 251-5500 | |
| Fax: (813) 251-3675 | |
| dgolden@gsgfirm.com | |
| braslavich@gsgfirm.com | |
| Counsel for Defendant | |

Certification Required By S.D. Fla. L.R. 7.1(a)(3)

Plaintiff's counsel, Leo Bueno, has communicated by e-mail with Defendants' counsel, Dale Golden, who agrees to the Court granting the relief requested in this motion.

Certificate of Service

I hereby certify that on 20 June 2014 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ Leo Bueno
Leo Bueno, Fla. Bar #: 716261

Service List

Dale T. Golden
Florida Bar No.: 0094080
Benjamin W. Raslavich
Benjamin W. Raslavich
Florida Bar No.: 0102808
GOLDEN SCAZ GAGAIN, PLLC
201 North Armenia Avenue
Tampa, Florida 33609-2303
Phone: (813) 251-5500

2

Fax: (813) 251-3675
dgolden@gsfirm.com
braslavich@gsfirm.com
Counsel for Defendant

U:\CLIENTS\Porter Jorge [Collecto] 0353\Porter Jorge v Collecto Motion to Extend Discovery Deadline.doc