UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 14-21270-CIV-MORENO/O'SULLIVAN

JORGE PORTER,
    Plaintiff,

v.

COLLECTO, INC. D/b/a EOS CCA,
    Defendants,
_____/

## ORDER

THIS MATTER is before the Court on the Notice of Filing Attorney Fee Affidavit and the Affidavit of Dale T. Golden (DE # 28, 6/20/14). On April 1, 2015, the Honorable Federico Moreno, United States District Judge for the Southern District of Florida, referred this matter to the undersigned for any and all pretrial matters (DE # 40, 4/1/15). Having carefully considered the applicable filings and the law, the undersigned enters the following Order.

The Notice of Filing Attorney Fee Affidavit (DE # 28, 6/20/14) was filed on June 20, 2014. A response was filed on June 23, 2014, (DE# 30, 6/23/14), and reply was filed on April 6, 2015, (DE # 41, 4/6/15). The plaintiff does not object to the billing rates by the defense attorneys, but does object to the amount of attorney time requested in the affidavit. The plaintiff complains that Mr. Golden's time duplicates Mr. Raslavich's time.

The undersigned has reviewed the time expenditures in this matter, and finds the time requested in the affidavit for the work done by the attorneys for the defendant is reasonable.

The Eleventh Circuit recognizes that:

> [r]edundant hours generally occur where more than one attorney represents a client.  There is nothing inherently unreasonable about a client having multiple attorneys, and they may be compensated if they are not unreasonably doing the same work and are being compensated for the distinct contribution of each lawyer.

Norman v. Housing Authority, 836 F.2d 1292, 1301-1302 (11th Cir. 1988) (citing Johnson v. University College of University of Alabama in Birmingham, 706 F.2d 1205, 1208 (11th Cir.), cert. denied, 464 U.S. 994 (1983)).  Thus, to recover time for multiple attorneys, the fee applicant bears the burden of showing that the time spent by those attorneys reflects the distinct contribution of each lawyer to the case.  ACLU of Ga. v. Barnes, 168 F.3d 423 (11th Cir. 1999).  The undersigned finds that the defendant has demonstrated that the time spent by the two attorneys reflects the distinct contribution of each lawyer to the case.

In accordance with the foregoing, it is

ORDERED AND ADJUDGED that the Notice of Filing Attorney Fee Affidavit (DE # 28, 6/20/14) is GRANTED.  The amount of fees requested are reasonable and the defendants are awarded the requested fees in the amount of $1,567.00.

RESPECTFULLY SUBMITTED in Chambers at Miami, Florida, this 14th day of April, 2015.

_____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
United States District Judge Moreno
All Counsel of Record